COMMONWEALTH of Pennsylvania, Thomas Corbett, Attorney General

v.

Boris Michael SURGENT a/k/a Michael Surgent, Individually and d/b/a Wellcraft Custom and d/b/a Allied Corp. and a/k/a Wellcraft Corporation d/b/a General Custom Construction and Slow Credit Mortgage Co. and Keystone State Mortgage Corp. and U.S. Land and Abstract

Appeal of Sharon A. Gimbi.

Supreme Court of Pennsylvania.

May 31, 2007.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court denying the "Motion for Recidivism" is **VACATED** and the court is instructed to transfer the matter to the Court of Common Pleas of Carbon County for proceedings on Petitioner's Motion. See, 42 Pa. C.S. § 5103(a); Pa.R.C.P. 1032(b).